IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARK T. STEINHARDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | |
| | ) | Cause No. 1:17-cv-304 |
| CITY OF INDIANAPOLIS, acting by and | ) | |
| through its Metropolitan Police Department, | ) | |
| and AARON SPARKS, | ) | |
| | ) | |
| Defendants. | ) | |

## C O M P L A I N T

Plaintiff Mark T. Steinhardt respectfully makes his Complaint for Damages and avers as follows:

### Nature of Case

1. This lawsuit seeks redress from policemen who falsely arrested Plaintiff, and subjected him to excessive force.

### Jurisdiction

2. Plaintiff brings this action pursuant to 42 U.S.C. § 1983 to redress Defendants' violations of his rights under the Fourth and Fourteenth Amendments of the U.S. Constitution.  This Court has original subject matter jurisdiction of the federal questions presented pursuant to 28 U.S.C.  § 1333 and § 1343.

3. Venue is proper in the Indianapolis Division because the parties reside in this division and the events complained of occurred in this division.

4. The Court has supplemental jurisdiction over the pendant state-law claims pursuant to 28 U.S.C. § 1367 because these claims arise out of the same events as the federal claims.

5. Plaintiff timely served a Tort Claim Notice on Defendants on August 31, 2016.

## Parties

6. Mark T. Steinhardt is an adult citizen of the United States who resides in Marion County, Indiana.

7. The City of Indianapolis is a government unit located in Marion County, Indiana.

8. Aaron Sparks is an adult U.S. Citizen who resides in Marion County, Indiana. He is sued in his individual capacity.

## Factual Allegations

9. Mark T. Steinhard ("Steinhardt") was at home at 3632 Stanton Avenue in Indianapolis on the night of August 10, 2016 when he heard a helicopter.

10. He stepped on to his porch to investigate.

11. While Steinhardt was looking up, someone grabbed him from behind, picked up a putty knife from the porch, and held it to Steinhardt's throat.

12. As Steinhardt struggled to escape from his assailant, several officers of the Indianapolis Metropolitan Police Department ("IMPD") entered his yard, presumably in hot pursuit of the assailant.

13. One of the officers, Sgt. Aaron Sparks ("Sparks"), observed Steinhardt and assumed him to be hostile.

14. Sparks repeatedly struck Steinhardt about the legs and midsection with his baton.

15. While Sparks was attacking Steinhardt the assailant fled and was subdued in a neighbor's yard.

16. At all relevant times Sparks acted in course and scope of his employment by the City of Indianapolis and under color of Indiana law.

17. Steinhardt suffered cuts and bruises and has not regained the full use of his legs.

## Legal Claims

18. The acts and omissions of Sgt. Sparks constitute an unreasonable seizure of Steinhardt in violation of the Fourth Amendment.

19. The acts and omissions of the officers constitute, false arrest, battery, and negligence under Indiana law.

20. The City of Indianapolis vicariously liable under Indiana law for the acts and omissions of its officers.

### Relief

21. Plaintiff seeks all relief allowable by law, including compensatory and punitive damages, costs, and attorneys fees.

**WHEREFORE,** Plaintiff prays for judgment against Defendants and for all other appropriate relief.

Respectfully submitted,

/s/ Jeffrey S. McQuary, 16791-49
BROWN TOMPKINS LORY
608 E. Market Street
Indianapolis, IN 46202
317/631-6866